

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2015

No. 04-14-00745-CV

Keeann **DEVORA**, Craig Owen, and Keller Williams Realty,
Appellants

v.

Tavaris J. **SLAUGHTER**, Individually, and TJ Slaughter Enterprises, LLC,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-13013
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

Appellants' brief was originally due December 8, 2014. This court granted appellants two thirty-day extensions of time, making the brief due February 6, 2015. On February 9, 2015, appellants filed a letter acknowledging their brief was past due, but stating the parties were close to a settlement and they expected to file a motion to dismiss by the end of the week. However, no brief or motion to dismiss was filed. Accordingly, on February 20, 2015, we rendered an order requiring appellants to file their brief on or before March 2, 2015. On March 1, 2015, appellants filed their third motion to extend time to file the brief, noting problems with the potential settlement. The motion, which is unopposed, requests until March 23, 2015, to file appellants' brief – 105 days from the original due date. Based on the foregoing, we **GRANT** appellants' motion to extend time to file their brief. We **ORDER** appellants to file their brief on or before **March 23, 2015**. Appellants are advised that **no further extensions will be granted absent written proof of extraordinary circumstances**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court